INTERNATIONAL CITY BANK & TRUST CO., et al., Plaintiffs-Appellees,

v.

Joseph F. MORGAN and Johnnie Mae Morgan, Husband and Wife, Defendants-Appellants.

No. 77-3256.

United States Court of Appeals, Fifth Circuit.*

May 10, 1982.

---

* Former Fifth Circuit case, Section 9(1) of Public Law 96–452—October 14, 1980.

Louis K. Rosenbloum, D. L. Middlebrooks, Lefferts L. Mabie, Jr., Pensacola, Fla., for defendants-appellants.

Bert Lane, James M. Weber, Pensacola, Fla., for plaintiffs-appellees.

Before CHARLES CLARK, RONEY and HENDERSON, Circuit Judges.

PER CURIAM:

In this diversity mortgage foreclosure action defendants raised four issues on appeal. The instant issues and facts are the same in all significant respects as the issues and facts in *International City Bank & Trust Co., Etc., et al. v. Morgan Walton Properties, Inc., et al.*, 675 F.2d 666, filed this date, so that our resolution of that case in favor of plaintiffs-appellees controls our decision here. Accordingly, the decision of the district court is AFFIRMED.

* Former Fifth Circuit case, Section 9(1) of Public